Case 7:20-cv-00147   Document 21   Filed on 09/03/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PRISCILLA M CERDA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-147 |
| § | |
| CITY OF PALMVIEW, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in this Court's order of September 2, 2020,[1] the Court **DISMISSES WITH PREJUDICE** Plaintiff Priscilla Marie Cerda's claims against Defendants City of Peñitas; City of Peñitas Chief of Police, Roel Bermea; and Mayor of the City of Peñitas, Rodrigo Lopez. Having disposed of all issues and parties in this case, the Court hereby renders final judgment in accordance with Federal Rule of Civil Procedure 54 in favor of the City of Peñitas; City of Peñitas Chief of Police, Roel Bermea; and Mayor of the City of Peñitas, Rodrigo Lopez.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of September, 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.